No. 89–889. LUBMAN ET AL. v. MAYOR AND CITY COUNCIL OF BALTIMORE CITY. Ct. App. Md. Certiorari denied. JUSTICE

WHITE would grant certiorari.